

# Fourth Court of Appeals
## San Antonio, Texas

August 1, 2019

No. 04-18-00821-CR

Jake Eric **ALVARADO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 16-10-12125-CR
Honorable Camile Glasscock Dubose, Judge Presiding

## O R D E R

The Appellee's Motion for Extension of Time to File Brief is hereby GRANTED.


_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of August, 2019.



_____
KEITH E. HOTTLE,
Clerk of Court